588

*E. Hudson* and *Sewall Key*, and *Miss Helen R. Carloss* for respondent.

No. 129. DICK *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. A. Scott Thompson* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *J. P. Jackson* for respondent.

No. 130. PENNSYLVANIA INDEMNITY Co. *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Henry S. Drinker, Jr.,* and *Frederick E. S. Morrison* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. Sewall Key* for respondent.

No. 131. NEW YORK EX REL. FEDERAL MOTOR TRUCK Co., INC. *v.* LYNCH ET AL. October 14, 1935. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Howard A. Sperry* for petitioner. *Messrs. Henry Epstein* and *Wendell P. Brown* for respondents.

No. 132. E. R. FAIN *v.* COMMISSIONER OF INTERNAL REVENUE;
No. 133. MRS. E. R. FAIN *v.* SAME;
No. 134. CHAS. P. McGAHA *v.* SAME;
No. 135. MRS. CHAS. P. McGAHA *v.* SAME; and